# UNITED STATES DISTRICT COURT

\*\*\*\* DISTRICT OF   NEVADA  

SNELL & WILMER LLP,

       Plaintiff,            JUDGMENT IN A CIVIL CASE

  v.

                             CASE NUMBER:  **3:16-cv-00129-MMD-VPC**

CLAY SERENBETZ, et al.,

       Defendant(s).

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Cross-Defendants' Motion for Summary Judgment (ECF No. 35) is granted. Judgment is entered in favor of Snell & Wilmer and Mr. Denney as to the claims in the Cross-Complaint.


September 14, 2017                                    **DEBRA K. KEMPI**
                                                             Clerk

                                                             /s/ K. Rusin
                                                             Deputy Clerk