William E. Peterson, Esq.
Nevada Bar No. 1528
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: wpeterson@swlaw.com
nkanute@swlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SNELL & WILMER L.L.P., an Arizona Limited Liability Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CLAY SERENBETZ, an individual;<br><br>Defendant. | Case No. 3:16-cv-00129-MMD-VPC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Snell & Wilmer L.L.P. and Defendant Clay Serenbetz, by and through their undersigned counsel, hereby stipulate to dismissal of all remaining causes of action in this case with prejudice and entry of an order to that effect. Each party shall bear its own fees and costs.

/ / /

/ / /

/ / /

4820-6932-0301

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

Dated: July 9, 2018.　　　　　　　　　　　SNELL & WILMER L.L.P.

By: */s/ Nathan G. Kanute*
William Peterson, Esq.
Nevada Bar No. 1528
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Plaintiff*

THE LAW OFFICES OF KEVIN GERRY

By: */s/ Kevin Gerry* (with permission)
Kevin Gerry, Esq. (admitted pro hac vice)
711 N. Soledad Street
Santa Barbara, California 93103
*Attorneys for Clay Serenbetz*

**IT IS ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 9, 2018